IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:24-CV-308-MJT |
| $16,700 IN UNITED STATES CURRENCY, | § § § § | |
| *Defendant*. | § § | |

**ORDER ADOPTING THE REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On July 30, 2024, the Government filed a Complaint for Forfeiture *In Rem* against $16,700.00 in United States Currency pursuant to 18 U.S.C. § 981(g) and Supplemental Rule G (2). [Dkt. 1]. The District Court referred this case to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72.

On December 10, 2024, the Government filed a Motion to Dismiss Complaint for Forfeiture *In Rem* without prejudice. [Dkt. 10]. On December 18, 2024, the Magistrate Judge issued a Report and Recommendation [Dkt. 11] advising the Court to grant the Government's motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) because any potential claimants to the property *in rem* have not been served, nor filed an answer or motion for summary judgment. Objections to the report were due January 2, 2025. To date, the parties have not filed objections to the current report.

The Court received and considered the Report and Recommendation of the United States

Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 11] is **ADOPTED**. The Government's Motion to Dismiss Complaint for Forfeiture *In Rem* without prejudice [Dkt. 10] is **GRANTED**.

**SIGNED this 8th day of January, 2025.**

Michael J. Truncale
United States District Judge